## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

USA -VS- HARTLEY, JIMMY DON                                   EV04-CR-0007-13-Y/H

| FILED | CLOSED | OFFENSE | NO. DEFTS | MAG CASE NO. | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 04/15/2004 | 10/21/2009 | Felony | 15 | N/A | YOUNG | HUSSMANN |

USA
plaintiff

**MATTHEW P BROOKMAN**
OFFICE OF THE U.S. ATTORNEY
101 NW M L KING BOULEVARD
SUITE 250
EVANSVILLE, IN 47708
(812)465-6475

V.
HARTLEY, JIMMY DON
defendant

**IVAN ARNAEZ**
CLOUSE LAW OFFICES
123 NW 4TH STREET
SUITE 317
EVANSVILLE, IN 47708
(812)424-6671

| NO. | COUNTS | OFFENSE |
|---|---|---|
| 1 | 1 | CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE |
| 2 | 13 | USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. |
| 3 | 14 | CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE |

| DATE | PROCEEDINGS |
|---|---|
| 04/15/2004 | INDICTMENT FILED eod 04/16/04 [SMD] |
| 04/15/2004 | CRIM INFO SHEET eod 04/16/04 [SMD] |
| 04/15/2004 | PRAECIPE for WARRANT eod 04/16/04 [SMD] |
| 04/16/2004 | NGPL ORDER ASSIGNS JURY TRIAL to 06/14/04 at 09:00AM Room 301 (RLY) c/m eod 04/16/04 [SMD] |
| 04/19/2004 | WARRANT ISSUED eod 04/19/04 [SMD] |
| 04/28/2004 | MATTER UNSEALED on government's oral motion (RLY) eod 04/29/04 [SMD] |
| 04/29/2004 | MOTION FOR SCHEDULING ORDER; cs-USA RLY eod 04/29/04 [TMD] |
| 08/17/2004 | ORDER ASSIGNS CONF to 09/10/04 at 04:00PM Room 310 (RLY) c/m (Pretrial Conference) eod |

| Date | Entry |
|---|---|
| | 08/17/04 [SMD] |
| 09/14/2004 | SUPERSEDING INDICTMENT eod 09/14/04 [SMD] |
| 09/14/2004 | CRIM INFO SHEET eod 09/14/04 [SMD] |
| 09/14/2004 | PRAECIPE for WARRANT eod 09/15/04 [SMD] |
| 09/15/2004 | WARRANT ISSUED eod 09/15/04 [SMD] |
| 09/15/2004 | NGPL ORDER ASSIGNS JURY TRIAL to 11/15/04 at 09:00AM Room 301 (RLY) c/m eod 09/15/04 [SMD] |
| 09/21/2004 | ENTRY ON PRETRIAL CONFERENCE HELD SEPTEMBER 10, 2004 - The parties appear by their respective counsel for the conference set by the court. The conference was commenced and concluded. A schedule was established by agreement of the parties and a trial date was set (SE); eod 09/21/04 [DLS] |
| 09/21/2004 | ENTRY VACATES JURY TRIAL of 11/15/04 at 09:00AM Room 301 (RLY) c/m eod 09/21/04 [DLS] |
| 09/21/2004 | ENTRY VACATES JURY TRIAL of 06/14/04 at 09:00AM Room 301 (RLY) c/m eod 09/21/04 [DLS] |
| 09/21/2004 | ENTRY REASSIGNS JURY TRIAL to 01/10/05 at 09:00AM Room 301 (RLY) c/m RLY eod 09/21/04 [DLS] |
| 09/29/2004 | USM RETURN on original warrant - returned unexecuted due to Superseding Indictment issued 9/15/04 eod 09/29/04 [SMD] |
| 12/14/2004 | SUPERSEDING INDICTMENT (SECOND) eod 12/15/04 [SMD] |
| 12/14/2004 | CRIM INFO SHEET eod 12/15/04 [SMD] |
| 12/14/2004 | PRAECIPE for WARRANT eod 12/15/04 [SMD] |
| 12/16/2004 | WARRANT ISSUED eod 12/16/04 [SMD] |
| 12/16/2004 | NGPL ORDER ASSIGNS JURY TRIAL to 02/14/05 at 09:00AM Room 301 (RLY) c/m eod 12/16/04 [SMD] |
| 12/17/2004 | USM RETURN - returned unexecuted - 2nd superseding indictment issued 12/14/04 eod 12/17/04 [SMD] |
| 01/30/2009 | RULE 40 IN from Southern District of Texas, Brownsville Division, deft arrested 1/22/09 eod 01/30/09 [SMD] |
| 02/23/2009 | INITIAL APPEARANCE ON INDICTMENT/INFORMATION (2nd superseding); eod 02/25/09 [TMD] |
| 02/23/2009 | APPEARANCE FOR THE USA BY AUSA Matthew Brookman; eod 02/25/09 [TMD] |
| 02/23/2009 | DEFT APPEARS IN PERSON AND submits a financial affidavit which is approved. Ivan Arnaez is appointed; eod 02/25/09 [TMD] |
| 02/23/2009 | USPO Represented by Robert Decarli eod 02/25/09 [TMD] |

| Date | Entry |
|---|---|
| 02/23/2009 | CHARGES & RIGHTS and penalties explained; deft waives formal reading. USA requests detention and parties agree to hearing set 3/02/09; eod 02/25/09 [TMD] |
| 02/23/2009 | COURTROOM MINUTES ASSIGNS HEARING to 03/02/09 at 10:30AM Room 335 (WGH) c/m (Probable cause and detention); eod 02/25/09 [TMD] |
| 02/23/2009 | ORDER OF DETENTION (temp) pending hearing; eod 02/25/09 [TMD] |
| 03/02/2009 | COURTROOM MINUTES for the detention hearing and PC hearing of deft. eod 03/04/09 [TMD] |
| 03/02/2009 | APPEARANCE FOR THE USA BY AUSA Matthew Brookman eod 03/04/09 [TMD] |
| 03/02/2009 | DEFT APPEARS IN PERSON AND by CJ counsel Ivan Arnaez; eod 03/04/09 [TMD] |
| 03/02/2009 | Deft wishes to waive right to probable cause hearing and to detention hearing. Deft is DETAINED pending trial; WGH eod 03/04/09 [TMD] |
| 03/02/2009 | ORDER OF DETENTION pending trial; cm WGH eod 03/04/09 [TMD] |
| 03/04/2009 | USM RETURN - Warrant executed on 1/22/09 in Brownsville, Texas eod 03/04/09 [NRN] |
| 05/26/2009 | ENTRY ASSIGNS GLTY PLEA HRG to 07/14/09 at 10:30AM Room 301 (RLY) c/m eod 05/26/09 [SMD] |
| 07/14/2009 | COURTROOM MINUTES FOR THE CHANGE OF PLEA OF THE DEFENDANT. eod 07/14/09 [DLS] |
| 07/14/2009 | DEFT APPEARS IN PERSON AND BY COUNSEL IVAN ARNAEZ. eod 07/14/09 [DLS] |
| 07/14/2009 | APPEARANCE FOR THE USA BY AUSA MATTHEW BROOKMAN. eod 07/14/09 [DLS] |
| 07/14/2009 | USPO Represented by Katrina Sanders. eod 07/14/09 [DLS] |
| 07/14/2009 | COURT FINDS factual basis for plea and plea voluntarily made. (Count 1 only) eod 07/14/09 [DLS] |
| 07/14/2009 | COURT ACCEPTS plea agreement and ADJUDGES deft GUILTY as charged. (Count 1 only) eod 07/14/09 [DLS] |
| 07/14/2009 | ENTRY ASSIGNS SENTENCING DATE to 09/28/09 at 10:00AM Room 301 (RLY) c/m RLY eod 07/14/09 [DLS] |
| 07/21/2009 | INFORMATION PURSUANT TO 21:851 (A)(1) - PRIOR FELONY eod 07/21/09 [SMD] |
| 09/24/2009 | ORDER VACATES SENTENCING DATE of 09/28/09 at 10:00AM Room 301 (RLY) c/m eod 09/24/09 [TMD] |
| 09/24/2009 | ORDER REASSIGNS SENTENCING DATE to 10/13/09 at 11:00AM Room 301 (RLY) c/m eod 09/24/09 [TMD] |
| 10/13/2009 | MOTION TO DISMISS counts 13 and 14 of the indictment; cs USA RLY eod 10/14/09 [TMD] |
| 10/13/2009 | COURTROOM MINUTES for the sentencing hearing and on petition to revoke in EV00-12-CR-01. USA |

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | appears by AUSA Matthew Brookman. Deft appears in person and by counsel Ivan Arnaez. USPO by Robert DeCarli. Parties advise there are no matters in dispute re:PSR. USA filed motion to dismiss counts 13 and 14. Motion is GRANTED. USA moves to dismiss revocation matters in EV00-12-CR-01. Motion is GRANTED. ; eod 10/14/09 [TMD]                                                                                                                                         |
| 10/13/2009 | SENTENCING HELD ; RLY eod 10/14/09 [TMD]                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| 10/20/2009 | JUDGMENT ENTERED COUNT/FINDING: 1; IMPRISONMENT: 240 months; RECOMMENDATION: Defendant be incarcerated in a facility in Kentucky; and recommends defendant be evaluated for participation in the 500 hour drug treatment program; SUPERVISED RELEASE: 120 months; Standard & Special conditions of Supervision - See Judgment ASSESSMENT: $100.00; COUNT(S) DISMISSED: 13 and 14 - RLY OBV 27 PG 13 eod 10/21/09 [SMD]                                                         |
| 12/02/2009 | CJA VOUCHER # 091022000204 - approved by RLY 10/28/09 - to pay Ivan Arnaez in the amount of $3997.76; eod 12/02/09 [TMD]                                                                                                                                                                                                                                                                                                                                                     |
| 06/15/2010 | TRANSCRIPT of Change of Plea Hearing held 7/14/09 - Court Reporter Judy Farris Mason eod 06/15/10 [SMD]                                                                                                                                                                                                                                                                                                                                                                       |
| 02/09/2015 | ***CASE ADMINISTRATIVELY MOVED TO THE COURT'S CM/ECF SYSTEM UNDER THE SAME CAUSE NUMBER. NO FURTHER ENTRIES SHALL BE MADE IN JAMS.** eod 02/09/15 [JD]                                                                                                                                                                                                                                                                                                                        |

**USDC Southern Indiana -JAMS data-**