UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) )  CAUSE NO. 3:04-cr-00007-RLY-CMM |
| FRANCISCO RAMOS RAMIREZ, ET AL, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, through undersigned counsel, moves this Court to substitute

Jeremy Kemper,

Assistant United States Attorney, as counsel in this case on behalf of the United States of America, for the appearances of any of the following former Assistant United States Attorney(s), whose appearance(s) should be withdrawn

Kristian Mukoski and Matthew P. Brookman.


Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   /s/ Jeremy Kemper
Jeremy Kemper
Assistant United States Attorney
Office of the United States Attorney
101 NW MLK Jr. Blvd, Ste. 250
Evansville, IN  47708
Telephone: (812) 465-6475
Email:  jeremy.kemper@usdoj.gov